O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ANDRE SMITH, | ) | No. CV 06-03158-SGL (PLA) |
| Petitioner, | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | ) | |
| CHARLES HARRISON, Warden, | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and petitioner's objections filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 24, 2008

/s/ S.G. Larson

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE