O

ENTERED JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ANDRE SMITH, | ) | CV 06-03158-SGL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CHARLES HARRISON, Warden, | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 24, 2008

*S.G. Larson*

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE