O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.  **CV 06-03158-SGL (PLA)**                                              October 30, 2008

Title:  **Gregory Andre Smith, Petitioner v. Charles Harrison, Respondent**
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                                 None Present
      Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                        None present

PROCEEDINGS:   ORDER DENYING PETITIONER'S REQUEST FOR REHEARING
                           (IN CHAMBERS)

     The Court is in receipt of and has reviewed the petitioner's request for rehearing received on October 10, 2008.  The deputy clerk is directed to file the request and make it a part of the official docket in this matter.

     The petitioner's request for rehearing is DENIED.

     IT IS SO ORDERED.